APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON and JON FREY | : | CIVIL ACTION |
| v. | : | |
| DIRECT ENERGY, LP | : | NO. 2:18-cv-04375-CMR |

**FILED**
OCT 22 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 22nd Day of Oct , 2018 , it is hereby

ORDERED that the application of Anthony Paronich , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.