## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

JAMES EVERETT SHELTON and JON
FREY, on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

DIRECT ENERGY, LP,

        Defendant.

Case No. 2:18-cv-4375-CMR

## DECLARATION OF David Atiqi IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, David Atiqi , declare as follows:

1.      I am President, for KAA Energy Inc. I submit this Declaration in support of Direct Energy, LP's Motion to Dismiss Plaintiffs' Complaint. The facts contained in this Declaration are based on my personal knowledge and a review of KAA Energy Inc's records, and if called as a witness, I would and could testify to the following facts.

2.      In my capacity as President, I am familiar with calls KAA Energy Inc. places on behalf of Direct Energy to potential customers.

3.      On or about August 28, 2018, KAA Energy Inc. placed a call to Plaintiff James Everett Shelton. Consistent with its general business practices, KAA Energy Inc. recorded the call with Plaintiff Shelton. The recording was made and kept in the ordinary course of business. A true and correct transcript of the call is attached as Exhibit 1.

4.      On or about August 16, 2018, KAA Energy Inc. placed a call to Plaintiff Jon Frey. After the call was dropped, KAA Energy Inc. call Plaintiff Frey again. Consistent with its general

business practices, KAA Energy Inc. recorded both calls with Plaintiff Frey. The recordings were made and kept in the ordinary course of business. A true and correct transcript of the calls is attached as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on November 7, 2018, at Katy, TX.

By: _____
David Atiqi

# EXHIBIT 1

TRANSCRIPTION OF


JAMES SHELTON PHONE RECORDING

James Shelton Phone Recording

1          WES:  Electric bills.  How are you,

2     sir?

3               MR. SHELTON:  Yeah.  Who's calling?

4          WES:  My name is Wes calling on behalf

5     of state authorized supplier Direct Energy, and the

6     call is being recorded for quality assurance.  I'm

7     calling in reference to information about your

8     electric bill and your ability to receive price

9     protection now on the cost of your electric.

10              Do you recall that information?

11              MR. SHELTON:  Yeah.  What kind of

12    information do you need?

13         WES:  Okay.  So basically we can lock

14    you into a fixed rate guaranteed not to go up for 36

15    months with zero dollar cancellation fee so if you

16    ever found a better rate, you could take that with no

17    penalty.  All I would need to get your rate is your

18    utility company, which company you use.

19              MR. SHELTON:  It's the Illuminating

20    Company.  They're part of First Energy.  I guess you

21    know those guys?

22         WES:  Yeah, yeah, yeah.  Cleveland

23    Illuminating?

24              MR. SHELTON:  Correct.

25              WES:  Gotcha.  Okay.  I'm pulling that

James Shelton Phone Recording

Page 3

1    up as we speak.  All right.  Okay.  Pulling up for me

2    now.

3              So today we would be able to offer you

4    a fixed rate for 36 months at 6.49 cents per

5    kilowatt-hour with a zero dollar cancellation fee.

6              MR. SHELTON:  That sounds a lot better

7    than what I currently have.

8              WES:  So if you grab a copy of your

9    bill, we can go everything, and I can get you -- do

10   you have a gas bill as well, sir?

11             MR. SHELTON:  Yes.

12             WES:  Yeah.  You -- you might as well

13   grab that, too, and we can see the rate on that

14   because I might be able -- be able to help you with

15   both of them.

16             MR. SHELTON:  All right.

17             WES:  Who is your gas group?

18             MR. SHELTON:  It's Dominion Energy.

19             WES:  Dominion.  Gotcha.  Okay.

20             MR. SHELTON:  Do you need the account

21   number or the customer number, which one do you need?

22             WES:  I'm going to need the customer

23   for the Cleveland Illuminating.

24             MR. SHELTON:  Okay.  You ready for

25   that?

James Shelton Phone Recording

Page 4

1      WES:  Yes, sir.

2      MR. SHELTON:  Okay.  ██████

3      WES:  Uh-huh.

4      MR. SHELTON:  ████████

5      WES:  Uh-huh.

6      MR. SHELTON:  ██████████████

7      WES:  Okay.  Got it.  All right.  And

8  the name that's on the bill?

9      MR. SHELTON:  It's James E. Shelton,

10  S-H-E-L-T-O-N.

11      WES:  James, J-A-M-E-S?

12      MR. SHELTON:  Correct.

13      WES:  S-H-E-L-T-O-N.  Got it.

14      MR. SHELTON:  S-H-E-L-T-O-N.

15      WES:  S-H-E-L -- right, James Shelton.

16  Got it.  Okay.

17      And then do you have your Dominion

18  bill?

19      MR. SHELTON:  Yeah.  You need me to

20  pull that up?

21      WES:  Yeah.  We can compare those

22  rates, too.  Today -- today with Dominion, we can

23  lock you into a rate for 36 months guaranteed not to

24  go up at $4.59 per MCF with a zero dollar

25  cancellation fee.

James Shelton Phone Recording

1          MR. SHELTON:  Okay.

2          WES:  Does that sound good as well?

3          MR. SHELTON:  It does.

4          WES:  All right.  So for that one --

5    let me just look up Dominion real quick.  Hold on one

6    second.  I'm not sure if I need -- oh, yeah, there it

7    is.  I just need the account number on that one.

8          MR. SHELTON:  Need the account number?

9    All right.  Give me a second.  I'm getting it.

10         WES:  Sure.

11         MR. SHELTON:  I'm sorry.  I didn't

12   grab the name of -- hold on.  I'm trying to find this

13   E-mail here.

14         WES:  While -- while you're doing

15   that, what's your address, service address?

16         MR. SHELTON:  ███████████████████

17         WES:  Could you spell it for me?

18         MR. SHELTON:  ████████████████

19         WES:  Gotcha.  City?

20         MR. SHELTON:  Cleveland, Ohio.

21         WES:  It is Cleveland.  Okay.  The

22   land.  And the zip code?  The land.  I used to live

23   in Cuyahoga Falls.

24         MR. SHELTON:  Oh, really.  Nice.

25   1940 -- that's my old address.  44106.

James Shelton Phone Recording

1    WES:  44106?  Okay.  No worries.

2  44106.  Gotcha.

3    And the phone number is (570)374-█████

4  correct?

5    MR. SHELTON:  I'm sorry, the number

6  that you have?

7    WES:  The phone number -- I'm sorry.

8  That was -- I'm sorry.  That was a whole different

9  number.

10    The phone number is (484)626-████

11  correct?

12    MR. SHELTON:  You got it.

13    WES:  Got it.  Okay.  Cool.  Okay.

14  James Shelton.  James.

15    Are these -- are these your only two

16  active accounts in Ohio, sir?

17    MR. SHELTON:  Yes.

18    WES:  Okay.  I'm just making sure.

19  I'm going to read through a couple of things just so

20  we're -- we're dotting our Is and crossing our Ts,

21  okay?

22    The name that appears on the bill,

23  James Shelton, service address --

24    MR. SHELTON:  James E. Shelton, but,

25  yeah.

James Shelton Phone Recording

1        WES:  Okay.  Service address, ███████

2  ███████████  Cleveland, Ohio, 44106.

3             Is your service address the same as

4  your billing address?

5             MR. SHELTON:  Yes, sir.

6             WES:  Do you have an active E-mail

7  address, or would you like it mailed to you?

8             MR. SHELTON:  No, E-mail is better.

9  It's ██████████████

10            WES:  Okay.  Hold on.  I'm sorry.

11  Hold on one second.  Let me just get there.

12            JE Shelton.  Got it.

13            MR. SHELTON:  ████████████████

14            WES:  Right.

15            MR. SHELTON:  █████ at --

16            WES:  █████ at?

17            MR. SHELTON:  Gmail.com.

18            WES:  Gmail.com.  Okay.  Perfect.

19            All right.  And then you're not on any

20  government energy assistance program such as CAP or

21  PIP?  Nobody is paying your bills for you, right?

22            MR. SHELTON:  No.

23            WES:  Okay.  All that's left is a

24  quick verification process where I would remain on

25  the line.  An authorized verifier will ask me to key

James Shelton Phone Recording

1   in some information.  After that, the verifier will

2   refer to you to confirm the time, date, that you're

3   over the age of 18 and authorized to apply your price

4   protected rates on both the electric and gas --

5              MR. SHELTON:  Okay.

6              WES:  -- with the selection of Direct

7   Energy.  Please understand anything other than that

8   throughout the verification process will prevent it

9   from going forward.  They're going to confirm

10  everything I just did with your address, and they'll

11  ask you a couple of simple yes or no questions.  I'll

12  go over those with you right now just so there's no

13  confusion later and there's no -- you know, nothing

14  hidden from you.

15             First question he's going to ask you

16  will be to confirm you understand you will continue

17  to receive one bill, the same bill from both

18  companies, okay?  We're just talking about the

19  supply --

20             MR. SHELTON:  Okay.

21             WES:  -- portion, so just -- that

22  you're going to receive the same bill just like you

23  always have and in the future, if you have any

24  questions on the bill, either bill, in the nature of

25  power going down or a gas leak or anything like that,

James Shelton Phone Recording

1    you would continue to call the same company and they

2    will be there for you just like they always have.

3                    You understand, correct?

4                    MR. SHELTON:  I understand, yeah.

5    That makes sense.

6                    WES:  Okay.  It -- it will confirm you

7    do understand today by selecting Direct Energy, you

8    will be price protected for your electric at 6.49

9    cents per kilowatt-hour for 36 months with a zero

10   dollar cancellation fee and you'll be protected for

11   your gas at $4.59 per MCF for 36 months guaranteed

12   not to go up with a zero dollar cancellation fee as

13   well, okay?  And now prior --

14                    MR. SHELTON:  Yeah.

15                    WES:  -- to that 36 months, they're

16   going to send you in the mail a new offer, so about

17   45 days or so, about -- you know, within two months,

18   they're going to send you a new offer.  At that time,

19   you can either choose to accept the new offer,

20   decline the new offer or not respond.  If you don't

21   respond, you're going to end up on a month-to-month

22   variable rate, which is never good, so --

23                    MR. SHELTON:  Right.

24                    WES:  You do understand that, correct?

25                    MR. SHELTON:  Yeah, I understand.

James Shelton Phone Recording

1        WES:  Okay.  Okay.  And then the last

2    thing --

3            MR. SHELTON:  How long do I have --

4    I'm sorry.  Go ahead.  I don't want to interrupt you.

5            WES:  You will receive a terms of

6    service packet in the mail within the next three to

7    five business days reconfirming your selection of

8    Direct Energy as your energy supplier.  You will have

9    three days to review everything we discussed here

10   today.  If you decide to cancel in the three-day time

11   period, nothing will be implemented.  After the

12   three-day time period, there's still no opt out fees

13   applicable, so if you ever -- if you decide to cancel

14   or find a better rate, we're not charging you for it.

15   You just take that rate or do whatever you need to

16   do, okay?

17            MR. SHELTON:  So then what's the

18   purpose of the three days, then?  Why --

19            WES:  It's a rescission period just --

20   just in case you decided you didn't want to do it for

21   whatever reason.  It's a rescission period.

22            MR. SHELTON:  So is the three days

23   from today or is it --

24            WES:  No, no, after you get it.

25            MR. SHELTON:  Okay.

James Shelton Phone Recording

1          WES:  You're going -- you're going to

2    receive it in three to five days.  Then you have

3    three days to look everything over just to make sure

4    it's just how -- so I'm not promising you a trip

5    around the world, a Ferrari or anything else that

6    goes along with it.

7          MR. SHELTON:  Yeah.

8          WES:  And then --

9          MR. SHELTON:  Okay.

10          WES:  -- all I need left is that gas

11    ID number or your account number and we can -- we can

12    get the verification.  Although I will remain on the

13    line, I am not out allowed to speak over the

14    verifier.  However, I am able to repeat a question.

15    If you have any questions, I encourage you to ask

16    them now.  Otherwise, I will remain on the line

17    throughout the verification and once it's completed,

18    if you have any questions, jot them down and I can

19    answer them afterwards.  They are not allowed to

20    answer any questions.  They -- they are pretty much

21    reading from script.  They're not -- they're not

22    going to be able to answer any questions.

23          MR. SHELTON:  Okay.

24          WES:  The third-party verifier is for

25    your protection.

James Shelton Phone Recording

1        MR. SHELTON:  I understand.

2        WES:  Okay.  So once we have the gas

3    account number, we can move forward.

4        MR. SHELTON:  I'm ready for that.

5    You -- you ready?

6        WES:  Yeah, I'm -- I'm good.

7        MR. SHELTON:  All right.  It's

8    ████████████████

9        WES:  Perfect.

10       MR. SHELTON:  That's the account

11   number.

12       WES:  Okay.  No problem.  I'm just

13   putting that in the information right now, and I'm

14   going to try to get a verifier on the line for us.

15       MR. SHELTON:  Awesome.

16       WES:  And we can lock you in, fix

17   these rates for you.  Perfect.  Everything went

18   through great, so I'm just waiting on the verifier.

19   I'm -- I'm plugging that in.

20       Remember, the first part is going to

21   be for me.  You don't need to push any buttons.  I

22   will let you know when it's your turn, okay?

23       MR. SHELTON:  Okay.

24       WES:  Okay.  All right.  Let me get

25   them on the line for you.

James Shelton Phone Recording

1                    MR. SHELTON:  Awesome.

2                    (Data Exchange automated system

3                    playing.)

4                    VERIFIER:  This is LaShaun.  Can I

5     have your vendor ID?

6                    WES:  246?

7                    VERIFIER:  Agent ID?

8                    WES:  2094.

9                    VERIFIER:  246, 2094 for Wesley.

10    Transaction (inaudible) ID?

11                   WES:  I'm sorry.  That is going to be

12    1715034.

13                   VERIFIER:  1715034.  Your verification

14    code is 818964618.

15                   WES:  618?

16                   VERIFIER:  Yes.

17                   WES:  Okay.  All right.  All right.

18    Mr. Shelton, remember, (inaudible) answers and I'll

19    be on the line afterwards, okay?

20                   MR. SHELTON:  Yeah.

21                   WES:  All right.  Thank you.

22                   VERIFIER:  Hello.  My name is LaShaun

23    with Data Exchange, and I'm calling on behalf of

24    Direct Energy to verify your enrollment.  Data

25    Exchange is a third-party verifier and cannot answer

James Shelton Phone Recording

1    any questions during this process.

2                    Do you understand this call is being

3    recorded and may be monitored for quality assurance

4    and regulatory purposes?

5                    MR. SHELTON:  Yes, I understand.

6                    VERIFIER:  Okay.  Please tell me your

7    first and last name.

8                    MR. SHELTON:  It's James Shelton,

9    S-H-E-L-T-O-N.

10                    VERIFIER:  Thank you.

11                    And are you the account holder or the

12   account holder's spouse?

13                    MR. SHELTON:  Account holder.

14                    VERIFIER:  Thank you.

15                    And I'll ask a few questions to

16   confirm the application details with you.  Please

17   respond to the following with a clear yes or a no.

18                    Can you confirm that today's date is

19   August 24th, 2018 and the time is 2:51 p.m.?

20                    MR. SHELTON:  Yes.

21                    VERIFIER:  And are you over 18 years

22   of age?

23                    MR. SHELTON:  Yes.

24                    VERIFIER:  And are you currently

25   participating in a public assistance program or a

James Shelton Phone Recording

Page 15

1  fixed income payment plan or PIP?

2              MR. SHELTON:  No, I'm not.

3              VERIFIER:  And now I just need to

4  confirm application details.

5              Direct Energy will provide natural gas

6  service at a fixed state of $4.59 per MCF for a 36

7  monthly billing cycle with a cancellation fee of zero

8  dollars, and this rate excludes applicable sales tax

9  and utility charges.

10             Do you understand?

11             MR. SHELTON:  Yes.

12             VERIFIER:  And after the initial term,

13 your service will automatically renew on a

14 month-to-month basis at a variable rate as explained

15 in your agreement.  You may also contact Direct

16 Energy to discuss available renewal options.

17             Do you understand?

18             MR. SHELTON:  Yes.

19             VERIFIER:  And if you change your

20 mind, you may call East Ohio Gas customer service at

21 (800)386-7557.

22             Do you understand?

23             MR. SHELTON:  Yes.

24             VERIFIER:  And Direct Energy will

25 provide electric continuation service at a fixed rate

James Shelton Phone Recording

1    of 6.49 cents per kilowatt-hour for a 36 monthly

2    billing cycle with a cancellation fee of zero

3    dollars, and this rate excludes applicable sales tax

4    and utility charges.

5                    Do you understand?

6                    MR. SHELTON:  Yes.

7                    VERIFIER:  And after the initial term,

8    your service will automatically renew on a

9    month-to-month basis at a variable rate as explained

10   in your agreement.  You may also contact Direct

11   Energy to discuss available renewal options.

12                    Do you understand?

13                    MR. SHELTON:  Yes.

14                    VERIFIER:  And do you understand that

15   your service will begin upon processing and

16   acceptance of your enrollment request by your utility

17   in approximately the next few billing cycles?

18                    MR. SHELTON:  Yes, I understand.

19                    VERIFIER:  And do you understand that

20   Direct Energy is not your electric utility company

21   and that you may choose to remain with your utility

22   company or enroll with another electric supplier?

23                    MR. SHELTON:  Yes, I understand.

24                    VERIFIER:  And do you understand that

25   Direct Energy is not your natural gas utility and

James Shelton Phone Recording

1    that you may choose to remain with your natural gas

2    company's applicable tariff or default service?

3                    MR. SHELTON:  Yes.

4                    VERIFIER:  And do you understand that

5    you will continue to receive one monthly bill from

6    your utilities containing the delivery charges, all

7    applicable taxes and a separate line item showing

8    Direct Energy's name and price for commodity

9    supplies?

10                   MR. SHELTON:  Yes.

11                   VERIFIER:  And your electric and gas

12   utility selected billing plan is not available

13   through the generation portion of your bill when you

14   enroll with Direct Energy.

15                   Now, do you accept the terms of this

16   offer and agree to become a Direct Energy customer?

17                   MR. SHELTON:  Yeah.

18                   VERIFIER:  Okay.  And do you

19   understand that within one business day of your

20   enrollment, Direct Energy will mail you a written

21   agreement confirming the terms and conditions

22   discussed today?

23                   MR. SHELTON:  Yes, I understand.

24                   VERIFIER:  And now can you please tell

25   me your electric customer number?

James Shelton Phone Recording

Page 18

1          MR. SHELTON:  Let me just pull it up.

2          VERIFIER:  Okay.

3          MR. SHELTON:  Okay.  It's -- you want

4    the customer number?

5          VERIFIER:  Yes, your electric customer

6    number.

7          MR. SHELTON:  Okay.

8    ███████████████████████

9          VERIFIER:  Thank you.

10          And now your gas account number,

11    please.

12          MR. SHELTON:  Okay.  ████ -- I'm sorry,

13    ██████████  That's ███████████████████

14          VERIFIER:  Thank you.

15          And can you please tell me your

16    address including city, state and zip code for gas

17    and electric?

18          MR. SHELTON:  It's ████████████████████

19    and that's Cleveland, Ohio, 44106.

20          VERIFIER:  Thank you.

21          I show billing and service address as

22    the same for both, and the name on both bills is

23    James Shelton?

24          MR. SHELTON:  Correct.  Yes.

25          VERIFIER:  And phonetically, that's

James Shelton Phone Recording

1  ████████████████████████████████████

2  ██████████████ and I have your E-mail address as

3  ██████████████gmail.com?

4              MR. SHELTON:  Yes,

5  ██████████████gmail.com.

6              VERIFIER:  Yes, and phonetically, ██████

7  ████████████████████████████████ gmail.com.

8  ████ gmail.com.

9              And your --

10             MR. SHELTON:  ██████

11             VERIFIER:  -- utility -- yeah,

12 ██████████████ yeah.

13             MR. SHELTON:  Correct.

14             VERIFIER:  And your utility will also

15 be sending you a letter confirming your enrollment

16 with Direct Energy.

17             Do you understand that you're allowed

18 seven business days from the letter's postmark date

19 to cancel the gas service without penalty point

20 applying?

21             MR. SHELTON:  Yes.

22             VERIFIER:  And do you understand that

23 you're allowed seven calendar days from the letter's

24 postmark date to cancel the electric utility without

25 penalty point applying?

James Shelton Phone Recording

1          MR. SHELTON:  Yes.

2          VERIFIER:  Your verification is

3    complete.  Your verification code is 818964618.

4          MR. SHELTON:  Okay.

5          VERIFIER:  And thank you, and you have

6    a good day.

7          MR. SHELTON:  You, too.

8          VERIFIER:  Thank you.

9          WES:  All right, Mr. Shelton, you're

10   all done.  Do you have any more questions for me?

11         MR. SHELTON:  You guys going to send

12   me that E-mail with the terms and conditions?

13         WES:  Yeah.  So now -- now that they

14   have that, it should come in your E-mail probably

15   within the next 24 hours, Monday at the latest only

16   because it's Friday, I would say, and -- and on top

17   of that, you might receive one in the mail as well,

18   but because you gave the E-mail, it should come just

19   right to your E-mail.

20         MR. SHELTON:  Okay.

21         WES:  All right.

22         MR. SHELTON:  Thank you.

23         WES:  All right.  You have a great

24   weekend.

25         MR. SHELTON:  You, too.  Thanks.

James Shelton Phone Recording

1          WES:  All right.  Bye-bye.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

James Shelton Phone Recording

Page 22

1   STATE OF TEXAS

2   COUNTY OF HARRIS

3                   REPORTER'S CERTIFICATE

4       TRANSCRIPTION OF JAMES SHELTON PHONE RECORDING

5       I, the undersigned Certified Shorthand Reporter

6   in and for the State of Texas, certify that the

7   recorded conversation in the foregoing pages is

8   transcribed accurately to the best of my ability to

9   hear and understand the recorded audio.

10      I further certify that I am neither attorney or

11  counsel for, related to, nor employed by any parties

12  to the action in which this testimony is taken and,

13  further, that I am not a relative or employee of any

14  counsel employed by the parties hereto or financially

15  interested in the action.

16      SUBSCRIBED AND SWORN TO under my hand and seal

17  of office on this the       day of                  ,

18          .

19

20

21                      Vickie G. Hildebrandt, CSR
                        Texas CSR 1363
22                      Expiration:  12/31/19
                        STRATOS LEGAL SERVICES, LP
23                      Firm Registration No. 484
                        4295 San Felipe, Suite 125
24                      Houston, Texas  77027
                        713.481.2180
25

# EXHIBIT 2

Page 1

TRANSCRIPTION OF


JON FREY PHONE RECORDING

Jon Frey Phone Recording

1              SARAH:  Handles the electric bill.  Is

2  that you?

3              MR. FREY:  Yes.

4              SARAH:  Oh, hi.  My name is Sarah, and

5  I'm calling on behalf of a state authorized supplier,

6  Direct Energy, and the call is being recorded for

7  quality assurance, and I'm calling in reference --

8              MR. FREY:  Okay.  What -- what --

9  what -- what was your company name?

10             SARAH:  It's called Direct Energy.

11             MR. FREY:  Oh, Direct Energy.  Okay.

12             SARAH:  Yeah, and just to let you

13  know, too, this call is being recorded for quality

14  assurance, and I'm calling in reference to

15  information about your electric bill and your ability

16  to receive a price protection on the cost of your

17  electricity.

18             Do you recall that information?

19             MR. FREY:  I don't, no.

20             SARAH:  Yeah.  This is really great

21  because now you have the ability to receive a price

22  protection on the cost of your electricity and today,

23  it's my job to explain and apply those for you.

24             MR. FREY:  Okay.

25             SARAH:  Okay.  Great.  And if you can

Jon Frey Phone Recording

Page 3

1   grab a pen and your utility bill, just some

2   information so that I can confirm a few details with

3   you.  It will take a few moments of your time, and

4   I'll get you right back to your day.

5                   MR. FREY:  Okay.

6                   SARAH:  Okay.  Thank you.  Okay.  You

7   got a pen, and just a copy of your electric bill,

8   too.

9                   Now, do you also receive natural gas

10  in your home as well?

11                  MR. FREY:  Yes.

12                  SARAH:  Okay.  Great.  Go ahead and --

13  and grab that one, too, for me.

14                  MR. FREY:  Okay.  Can you hang on one

15  second?

16                  SARAH:  You bet.  Take as long as you

17  need to.

18                  MR. FREY:  Okay.

19                  SARAH:  Okay.

20                  MR. FREY:  Okay.  I have my PICO bill.

21                  SARAH:  Okay.  Great.  Yeah.  I want

22  to confirm that with you.  PICO, then, for both your

23  gas and your electric?

24                  MR. FREY:  Just for electric.

25                  SARAH:  Oh, just electric.  Okay.

Jon Frey Phone Recording

1  Great.

2          Can you confirm your name as it is on

3  the bill and your service address?

4          MR. FREY:  It's Jon Frey, ███████████

5  ████████, Philadelphia.

6          SARAH:  Okay.  Perfect.  Okay.  Thank

7  you so much for that, sir.  All right.  I'll just

8  update this a little bit.

9          MR. FREY:  Okay.

10          SARAH:  And what is the zip code you

11  have there, too?

12          MR. FREY:  19134.

13          SARAH:  19134, and can you spell your

14  last name for me to make sure this is correct?

15          MR. FREY:  F-R-E-Y.

16          SARAH:  There's so many different

17  spellings.  I -- I never want to get them wrong.

18          And your first --

19          MR. FREY:  Right.

20          SARAH:  And your first name?

21          MR. FREY:  Jon, J-O-N.

22     Q.   (BY SPEAKER) Jon.  Okay.  Just like that.

23  Okay.  Great.

24          And I have you -- is it ███████████

25  ███████  Philadelphia, Pennsylvania, 19134?

1    MR. FREY: ██████████████████

2    SARAH: █████.  Thank you so much for

3    that.  █████  Okay.  Beautiful.

4          All right.  And if you want to write

5    this down, by selecting Direct Energy today, we're

6    going to be able to price protect you -- let's see.

7    Let's get back into Pennsylvania here.

8          MR. FREY:  Okay.

9          SARAH:  Just about got it here.  Okay.

10   Perfect.

11          We're going to be able to protect --

12   by selecting Direct Energy, we're going to be able to

13   price protect you at 8.59 cents, and that's per

14   kilowatt-hour, and that comes with a zero

15   cancellation fee, and that will be for your

16   electricity there.

17          MR. FREY:  Okay.

18          SARAH:  Okay.  Perfect.  And let's

19   see.

20          And on your PICO bill, your account

21   number should be at the top, and it's ten numbers

22   long.  Could you read that off for me?

23          MR. FREY: ████████████

24          SARAH: █████  Beautiful.  Thank you so

25   much for that, sir.  All right.  Great.  Just about

Jon Frey Phone Recording

1   got this.

2                   And are you the account holder, sir?

3                   MR. FREY:  Yes.

4                   SARAH:  Okay.  Perfect.  All righty.

5   We go through a state verification process, too.  It

6   takes about one -- one to one and a half minutes to

7   complete and then that's just for your security, too,

8   so -- that everything that I'm telling you today,

9   they just verify, make sure I didn't promise you a

10  free trip to the Bahamas or anything like that, okay?

11                  MR. FREY:  Right.  Right.

12                  SARAH:  I'll -- I'll briefly go over

13  that with you, too, and let you know what kind of

14  questions they're going to ask, and then we'll get

15  you right back to your day here.  They're just having

16  me copy and paste a few things here real quick so --

17  and I've gotten a lot faster than I used to be, so

18  thanks for your patience here.  All right.  Okay.

19                  And is your billing address and your

20  service address, are they the same?

21                  MR. FREY:  Yes.

22                  SARAH:  Perfect.  Beautiful.  Just

23  about got it.  It kind of gets loud in here.  If it

24  gets too loud, I'll -- I'll mute my side of the

25  phone here.

Stratos Legal, A Veritext Company
800-971-1127

Jon Frey Phone Recording

1          MR. FREY:  Right.  Right.

2          SARAH:  Okay.  Thank you.  Okay.

3    So -- and that's Philadelphia, Pennsylvania, 19134?

4          MR. FREY:  Yes.

5          SARAH:  Okay.  Perfect.  And they'll

6    just ask you to verify your address, too, to make

7    sure it's the -- it's the same, so -- all righty.

8    And one quick moment here.  Okay.  Perfect.  All

9    right.  Just about got it there.  All right.  My

10   computer is on the slow side.  It just took my page

11   away that I was working on here, so bear with me

12   here.  We'll -- we'll get -- we'll get you through

13   this.

14         MR. FREY:  Okay.

15         SARAH:  Yeah.  Okay.  Just about done

16   with it again.  All righty.

17         And is this the best phone number to

18   reach you at, too, the ███████████████████

19         MR. FREY:  Yes.

20         SARAH:  Okay.  Great.  All righty.

21   Okay.  And they're also, too, Jon, they're going to

22   be mailing you a packet, too, within three to five

23   business days.  Everything that we've discussed here

24   today, you will have that in writing, too, and then

25   in the privacy of your home, you just can go right

Jon Frey Phone Recording

1  through the information, and you have a three-day

2  period of rescission so you can actually rescind --

3  rescind the offer if you choose to or stay with it.

4  It gives you the opportunity, too, to -- you know, if

5  you wanted to search out other places or anything.

6  You're not tied into anything here.  You're just

7  selecting Direct Energy as your supplier today.

8              MR. FREY:  Okay.

9              SARAH:  This will get the information

10 in your hands, too, and, again, with a zero

11 cancellation fee.

12             Okay.  It looks like we are ready to

13 continue here, so I'll get this going.  All right.

14 All righty.  Okay.  Double-checking everything here.

15 All right.  We got this.  Thank you so much for your

16 patience.  Oh, my goodness.  Okay.  Here we go, Jon.

17             And, Jon, you're not on any government

18 energy assistance program such as CAP or PIP,

19 correct?

20             MR. FREY:  Correct.

21             SARAH:  Okay.  Great.  And the

22 verifier, when I get them on the line, all they have

23 is a script in front of them so they're not

24 authorized to answer any questions, but any questions

25 you have, I'll make sure to answer before I let you

Jon Frey Phone Recording

1   go for the day, okay?  And they're also going to

2   confirm if your service address is the same as your

3   billing, and if you want to add an active E-mail

4   address, you certainly can.  If you don't want to,

5   Jon, just say no thank you on that, and all that's

6   left right now is a quick verification process.

7              Jon, I'll remain on the line while the

8   authorized verifier will ask me to key in some

9   information, so you don't have to press any numbers.

10  I'll do that for you and they'll ask me to identify

11  myself and then they'll ask me a few questions and

12  after that, I'll let you know when it's your turn and

13  then get you on the line with the too -- I'll let you

14  know, too, it's going to be simple yes or no

15  questions that they'll, you know, ask there and what

16  they're going to do, too, is they're going to simply

17  confirm the information exactly as it appears on the

18  utility bill so do keep that handy, and they will

19  confirm with you that you understand that Direct

20  Energy is an energy supplier certified by the State

21  Commerce Commission and not a utility company.

22             You do understand that, correct?

23             MR. FREY:  Yes.

24             SARAH:  Okay.  Great.  And there are a

25  few simple yes or no questions, and I'm to go over

Jon Frey Phone Recording

Page 10

1   that with you right now.

2              They will confirm with you that you

3   understand you'll continue to receive one bill from

4   PICO just like you always have, Jon, and in the

5   future, if you have any questions on your bill or

6   something to a nature of a power line down, PICO will

7   continue to be there for you just like they always

8   have.

9              You do understand that, correct?

10             MR. FREY:  Yes.

11             SARAH:  Great.  And they will also

12  confirm that you do understand today, by selecting

13  Direct Energy, you'll be charged the 8.59 cents per

14  kilowatt-hour price protected guaranteed not to go up

15  in the next 36 months with a zero cancellation fee

16  and prior to that 36 months, Jon, they're going to

17  send you -- you're going to receive a notice with a

18  new offer in the mail and at that point, you have the

19  choice to accept it or decline it and if you do not

20  respond at all, you'll just go back onto a variable

21  month-to-month rate.

22             You do understand that, correct?

23             MR. FREY:  Yes.

24             SARAH:  Okay.  Wonderful.  Okay.

25  Great.  And they'll also confirm that PICO -- this is

Jon Frey Phone Recording

1   your only customer account, correct?

2            MR. FREY:  Correct.

3            SARAH:  Okay.  You don't have two

4   other houses or four other houses?

5            MR. FREY:  No, no, no.

6            SARAH:  Some people do.  That's why we

7   always ask that question, just to make sure.

8            Okay, Jon.  And you're also going to

9   be receiving a terms of service packet by mail within

10  the next three to five business days reconfirming

11  your selection of Direct Energy as your energy

12  supplier, and in the State of Pennsylvania, you have

13  a three-day rescission period in which to review

14  everything we've discussed here today and if you

15  decide to cancel in that three-day time frame,

16  nothing will be implemented and even after that

17  three-day time frame has elapsed, there's still no

18  opt out fees applicable if you decide to cancel.  Of

19  course, you wouldn't want to cancel rate protection,

20  correct?

21           MR. FREY:  Right.  Correct.

22           SARAH:  If you find someone who is

23  less later on, go ahead, cancel it, and, you know, go

24  with them.  I always encourage that, too, and nothing

25  will be implemented anyway, Jon, for the next 30 to

Jon Frey Phone Recording

1   60 days.  That's two billing cycles before you see

2   anything actually change with your bill, and the only

3   thing that would change is the supplier will be

4   Direct Energy, but that's -- like I said, that will

5   be two billing cycles before you see that show up.

6                     You do understand that, correct?

7                     MR. FREY:  Yes.

8                     SARAH:  Okay.  Great.  Okay, Jon,

9   although I'm going to remain on the line, I'm not

10  allowed to speak over the verification.  However, I'm

11  able to repeat a question, so if you have any

12  questions right now, Jon, I encourage you to go ahead

13  and ask them.

14                     Can you think of anything?

15                     MR. FREY:  No.

16                     SARAH:  Okay.  Perfect.  Okay.  I'm

17  going to remain on the line.  Once the verification

18  is complete, just make sure, if you think of any

19  questions, you may want to write them down or just

20  save them for me at the very end since they're --

21  like I said earlier, they -- they're not allowed to

22  answer any questions.  It will just be a simple clear

23  yes or no.

24                     Okay.  Let's go ahead.  Take about a

25  minute, minute and a half total time here, and we'll

Jon Frey Phone Recording

1    get you back to your day, Jon.

2                    (Data Exchange automated system

3                    playing.)

4                    SARAH:  And I'll press the buttons.

5                    VERIFIER:  Good -- good morning.

6    Thank you for calling Data Exchange.  My name is

7    Theresa Boyd.

8                    May I have your vendor number?

9                    SARAH:  Good morning.  It's 246.

10                   VERIFIER:  246.  Thank you.

11                   And may I have the agent code?

12                   SARAH:  2022.

13                   VERIFIER:  2022.

14                   Am I speaking to Sarah Moreland?

15                   SARAH:  Yes, you are.

16                   VERIFIER:  Thank you, Sarah.

17                   And what is the transaction ID, record

18   ID, please?

19                   SARAH:  It's 1703605.

20                   VERIFIER:  1703605.

21                   Your verification code is 818956818.

22   Thank you, Agent.  I will continue with the customer.

23   Have a wonderful day.

24                   SARAH:  You, too.  Thank you so much.

25                   Okay, Jon.  This is --

Jon Frey Phone Recording

1          VERIFIER:  Thank you.

2          SARAH:  -- your turn, and any

3     questions, again, Jon, just save for me at the very

4     end, okay?

5               Thank you so much, Verifier.  Go

6     ahead.

7          VERIFIER:  Sure.

8               Good morning, Mr. Frey.  This is

9     Theresa from Data Exchange.  Data Exchange is a

10    third-party verifier and cannot answer any questions

11    during this process.  This call is being recorded and

12    may be monitored for quality assurance and regulatory

13    purposes and will only take a few moments to

14    complete.

15               Please tell me your first and last

16    name.

17          SARAH:  He hung up, Verifier.  Let me

18    try him back.

19          VERIFIER:  Okay.  No problem, Sarah.

20    Thank you.  Have a great day.

21          SARAH:  You too.  Thanks.

22          (Phone call continues)

23          MR. FREY:  Hello?

24          SARAH:  Hi, Jon.  I'm so sorry that I

25    lost you there.  This is Sarah, and I'm calling on

Jon Frey Phone Recording

Page 15

1    behalf of the state authorized supplier, Direct

2    Energy, and the call is being recorded for quality

3    assurance --

4                    MR. FREY:  Oh, hey.

5                    SARAH:  -- calling -- hey, I'm going

6    to go ahead and get the verifier back on the line.

7    They were almost done.  They only had a few questions

8    to verify with you just to make sure that, you know,

9    I did my job.  That's the only reason that they're

10   there, for your security.

11                   MR. FREY:  Right.  Right.  Right.

12                   SARAH:  Yeah.  Take about a minute,

13   minute and a half, but I'm so sorry I lost you there.

14                   Okay.  Here we go.  I'm going to go

15   ahead and get them back on the line, okay, Jon?

16                   MR. FREY:  Okay.

17                   SARAH:  Okay.  Thank you so much.

18                   (Data Exchange automated system

19                   playing.)

20                   VERIFIER:  Hello?

21                   SARAH:  Yes.  Hi.

22                   VERIFIER:  Hi.  Good morning.  Thank

23   for calling Data Exchange.  This is Shamika Jones.

24                   Can I have the vendor number?

25                   SARAH:  Sure.  It's 246.

Jon Frey Phone Recording

1          VERIFIER:  246.  Agent code?

2          SARAH:  2022.

3          VERIFIER:  2022 for Sarah Moreland?

4          SARAH:  Yes, it is.

5          VERIFIER:  And the transaction ID?

6          SARAH:  1703605.

7          VERIFIER:  1703605?

8          SARAH:  Yes.

9          VERIFIER:  Okay.  Your verification

10   code is 818956820, and thank you. I will continue

11   with the customer.

12          SARAH:  Okay.  Thank you.

13          Okay, Jon, this is your turn.

14          Thank you so much, Verifier.  Go

15   ahead.

16          MR. FREY:  Okay.

17          VERIFIER:  Hello, Mr. Frey?

18          MR. FREY:  Yes.

19          VERIFIER:  This is Shamika with --

20   from Data Exchange.  Data Exchange is a third-party

21   verifier.  They cannot answer any questions during

22   this process.  This call is being recorded and may be

23   monitored for quality assurance or regulatory

24   purposes and will only take a few moments to

25   complete.

Jon Frey Phone Recording

Page 17

1          Please tell me your first and last

2     name.

3               MR. FREY:  Jon Frey.

4               VERIFIER:  Thank you.

5               Are you the account holder or the

6     account holder's spouse?

7               MR. FREY:  Yes.

8               VERIFIER:  You're the account holder

9     or the spouse?

10              MR. FREY:  Oh, the account holder.

11              VERIFIER:  I'm going to ask you a few

12    questions to confirm the application details with

13    you.  Please respond to the following with a clear

14    yes or no.

15              Are you --

16              MR. FREY:  Okay.

17              VERIFIER:  -- over 18 years of age?

18              MR. FREY:  Yes.

19              VERIFIER:  Are you currently

20    participating in the customer assistance program CAPS

21    with the local utility?

22              MR. FREY:  No.

23              VERIFIER:  Great.  Thank you.

24              I just need to review the application

25    details.

Jon Frey Phone Recording

1           Direct Energy will provide electricity

2   generation service at a fixed rate of 8.59 cents per

3   kilowatt-hour for a 36 monthly billing cycle with a

4   cancellation fee of zero dollars.  This rate excludes

5   applicable sales tax and utility charges.

6           Do you understand?

7           MR. FREY:  Yes.

8           VERIFIER:  Between 30 and 60 days

9   prior to the end of your fixed rate term, Direct

10  Energy will send you a renewal notice.  Direct Energy

11  will send you a notice with a new offer.  If you do

12  not respond to that notice, your contract will

13  automatically renew at the new rate.

14          Do you understand?

15          MR. FREY:  Yes.

16          VERIFIER:  Do you accept the terms of

17  this offer and agree to become a Direct Energy

18  customer?

19          MR. FREY:  Say that again?

20          VERIFIER:  Do you accept the terms of

21  this offer and agree to become a Direct Energy

22  customer?

23          MR. FREY:  Yes.

24          VERIFIER:  Okay.  We're almost

25  finished.  I just need to read back your account

Jon Frey Phone Recording

1   information.

2               Your electric account number is

3   ███████████

4               MR. FREY:  Yes.

5               VERIFIER:  Is the electric account

6   service address ███████████████ Philadelphia, PA,

7   19134?

8               MR. FREY:  Yes.

9               VERIFIER:  I show your billing address

10  to be the same as your service address?

11              MR. FREY:  Yes.

12              VERIFIER:  The name on the bill for

13  this address is Jon, that's J like Julie, O like

14  Oscar, H like Henry, N like Nancy, last name --

15              MR. FREY:  Yes.

16              VERIFIER:  -- Frey, F like Frank, R

17  like Robert, E like Everett, Y like yellow?

18              MR. FREY:  Yes.

19              VERIFIER:  What is your E-mail

20  address?

21              MR. FREY:  ██████████@outlook.com.

22              VERIFIER:  Okay.  That's ███████████

    ████████████████████████████████████████████

24  at outlook.com?

25              MR. FREY:  Correct.

Jon Frey Phone Recording

1        VERIFIER:  Direct Energy will mail you

2  a letter and written agreement confirming the terms

3  and conditions that was discussed with you today.

4  You are allowed three business days from the receipt

5  of the agreement to change your mind and stop this

6  agreement without penalty by contacting Direct Energy

7  at 1-888-734-0741 or in writing to the address

8  provided in the disclosure statement and customer

9  agreement.  The utility company will also be sending

10  you a letter confirming your enrollment with Direct

11  Energy, and your verification code is ▮▮▮▮▮▮ and

12  that completes the verification.

13        MR. FREY:  Okay.

14        VERIFIER:  Thank you for enrolling

15  with Direct Energy.  You've made the right choice.

16  Have a great day.

17        MR. FREY:  Thank you.

18        VERIFIER:  You're welcome.  Bye-bye.

19        MR. FREY:  Bye.

20        SARAH:  Okay.  Jon, this is Sarah

21  again.  Verification is complete.  Did you have any

22  questions for me.

23        MR. FREY:  Will I get this

24  confirmation E-mailed to me?

25        SARAH:  You sure will.  You're going

Jon Frey Phone Recording

1  to be receiving that, Jon, in the next three to five

2  business days, and again --

3               MR. FREY:  By -- by E-mail or regular?

4               SARAH:  Oh, yes.  Actually, I should

5  say that, too.  Through your E-mail.  You're going to

6  get it through the E-mail and through the mail.

7               MR. FREY:  Okay.

8               SARAH:  So it looks like you'll be

9  getting it a lot sooner with your E-mail, you know,

10  so -- and then they're going to have the toll --

11  they're going to have a toll free number so if you

12  have any questions, you know, they'll give you the

13  hours to post it so feel free to call at any time

14  with any questions, and did you want your

15  verification code again, or it will show up in your

16  paperwork as well.

17               MR. FREY:  I'm -- I'm sorry.  Say that

18  again?

19               SARAH:  Did you want me to give you

20  your verification code again, or did you want to wait

21  for -- go ahead.

22               MR. FREY:  I -- I already have it.  I

23  was just wondering if I would get a confirmation

24  by -- by E-mail.

25               SARAH:  You sure will.  It will come

Jon Frey Phone Recording

1    by E-mail and it will come by mail.

2                   MR. FREY:  Okay.

3                   SARAH:  So you're going to be covered

4    both ways, and, Jon, thank you for your patience

5    here, too, with me, and you've been just an absolute

6    pleasure, and I hope you have a wonderful day, and

7    thank you for becoming a Direct Energy customer, Jon.

8                   MR. FREY:  Thank you.

9                   SARAH:  All right.  Take care.

10                  MR. FREY:  All right. Bye-bye.

11                  SARAH:  All right.  Bye-bye.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jon Frey Phone Recording

Page 23

1  STATE OF TEXAS

2  COUNTY OF HARRIS

3              REPORTER'S CERTIFICATE

4        TRANSCRIPTION OF JON FREY PHONE RECORDING

5        I, the undersigned Certified Shorthand Reporter

6  in and for the State of Texas, certify that the

7  recorded conversation in the foregoing pages is

8  transcribed accurately to the best of my ability to

9  hear and understand the recorded audio.

10        I further certify that I am neither attorney or

11  counsel for, related to, nor employed by any parties

12  to the action in which this testimony is taken and,

13  further, that I am not a relative or employee of any

14  counsel employed by the parties hereto or financially

15  interested in the action.

16        SUBSCRIBED AND SWORN TO under my hand and seal

17  of office on this the      day of

18           .

19

20

21              Vickie G. Hildebrandt, CSR
              Texas CSR 1363
22              Expiration:  12/31/19
              STRATOS LEGAL SERVICES, LP
23              Firm Registration No. 484
              4295 San Felipe, Suite 125
24              Houston, Texas  77027
              713.481.2180

25