AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| JAMES EVERETT SHELTON<br>JON FREY<br>_Plaintiff(s)_<br><br>v.<br><br>DIRECT ENERGY, LP<br>KAA ENERGY, INC.<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.    18-4375 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
　　　　　　KAA ENERGY, INC.
　　　　　　3914 Trailstone Lane
　　　　　　Katy, Texas 77494

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CLAYTON S. MORROW, ESQ.
MORROW & ARTIM, P.C.
304 ROSS ST., 7TH FL.
PITTSBURGH, PA 15219

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____11/13/2018_____　　　　　　　　　　_____Kim Williams_____
　　　　　　　　　　　　　　　　　　　　　　　　Kim Williams
　　　　　　　　　　　　　　　　　　　　　　_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     18-4375

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  KAA Energy
was received by me on *(date)*  11/19/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Steven Atigi _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  KAA Energy,
3914 Trailstone, Katy, TX 77494 ____ on *(date)* 11/19/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  11/20/2018

_____
*Server's signature*

Gary Hodges PSC 10081 Exp 12/31/18
*Printed name and title*
Process Server

14520 Old Katy Rd SR 126 Houston, TX
*Server's address*                          77079

Additional information regarding attempted service, etc: