IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON and JON FREY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECT ENERGY, LP, and KAA ENERGY, INC.<br><br>Defendants. | Case No. 2:18-cv-4375-CMR |

**DEFENDANT DIRECT ENERGY, LP'S**
**MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Direct Energy, LP moves for dismissal of Plaintiffs' Amended Complaint. For the reasons more fully set forth in Defendant's Memorandum in Support of this Motion and the Declarations of David Atiqi and Steven M. Lucks filed contemporaneously herewith, Defendant Direct Energy, LP respectfully requests that its Motion be granted in all respects. A proposed form of order is submitted with this Motion.

Oral argument is requested.

Dated: November 27, 2018                By:     /s/ *Steven M. Lucks*
                                                FISHKIN LUCKS LLP
                                                Steven M. Lucks, Esq.
                                                1601 Market Street, 19th Floor
                                                Philadelphia, PA 19103
                                                (215) 607-2500
                                                slucks@fishkinlucks.com

                                                -and-

00058184.1

MCDOWELL HETHERINGTON LLP
Michael D. Matthews, Jr.*
William B. Thomas*
1001 Fannin Street, Suite 2700
Houston, Texas 77002
(713) 337-5580
matt.matthews@mhllp.com
william.thomas@mhllp.com

*admitted pro hac vice*

*Attorneys for Direct Energy, LP*

00058184.1                               2