IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON and JON FREY, on behalf of themselves and others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>DIRECT ENERGY, LP,<br><br>　　Defendant. | Case No. 2:18-cv-4375-CMR |

**DECLARATION OF STEVEN M. LUCKS
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

STEVEN M. LUCKS declares as follows:

1. I am a partner with the law firm Fishkin Lucks LLP, counsel for defendant Direct Energy, LP ("Direct Energy") in this action. I make this declaration upon personal knowledge in support of Direct Energy's motion to dismiss.

2. Annexed hereto as Exhibit A is a true and correct copy of a compilation of TCPA cases initiated by plaintiff James Shelton.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2018

                                                                     _____
                                                                     STEVEN M. LUCKS

00057694.1

# EXHIBIT C

|     | Case No.        | District                        | Defendants                                                                                                                              |
|-----|-----------------|---------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------|
| 1.  | 2:2018-cv-04375 | Eastern District of Pennsylvania | Direct Energy, LP                                                                                                                       |
| 2.  | 3:2018-cv-13404 | District of New Jersey          | Gallant Ventures LLC d/b/a Merchant Direct LLC; Daniel L. Fiore                                                                         |
| 3.  | 2:2018-cv-03723 | Eastern District of Pennsylvania | FCS Capital LLC d/b/a Funding Capital Source d/b/a Business Debt Experts f/k/a Business Debt Relief LLC; Emily Yashayev; Barry Shargel |
| 4.  | 6:2018-cv-01335 | Middle District of Florida      | CSG Solutions Consulting LLC; CSG Solutions Services LLC; Vincent Campasano, Sr.; Carlos Sinencio Guerro; Carlos D. Guerrero            |
| 5.  | 2:2018-cv-04413 | Eastern District of New York    | Nest Planner LLC; Anthony Frisone                                                                                                       |
| 6.  | 1:2018-cv-00313 | District of Idaho               | Paramount Holding Company LLC                                                                                                           |
| 7.  | 2:2018-cv-02759 | Eastern District of Pennsylvania | Invest 360, LLC d/b/a Fast Capital 360; Invest 360 Syndication Group, Inc.                                                              |
| 8.  | 2:2018-cv-11294 | District of New Jersey          | Merchant Flow Financial Corporation; Conroy Williamson                                                                                  |
| 9.  | 2:2018-cv-02545 | Eastern District of Pennsylvania | National Student Assist LLC; Nir J. Goldin; Liberty Financial USA, LLC; Brian M. Roche; Does 1-100                                      |
| 10. | 1:2018-cv-09915 | District of New Jersey          | Pivotal Payment Systems, Inc. d/b/a Capital Processing Network and CPN; Bruce Breunig, Jr.                                              |
| 11. | 2:2018-cv-02259 | Eastern District of Pennsylvania | RFR Capital LLC; Roberts A. Signore; Ryan M. Cola; Randall Richards                                                                     |
| 12. | 2:2018-cv-02186 | Eastern District of Pennsylvania | Capital Advances LLC; Carmela Morelli; Vincenzo Morelli                                                                                 |
| 13. | 2:2018-cv-02187 | Eastern District of Pennsylvania | Arete Financial Group; Shunmin HSU; Phu Loc                                                                                             |
| 14. | 2:2018-cv-02071 | Eastern District of Pennsylvania | Fast Advance Funding, LLC                                                                                                               |
| 15. | 2:2018-cv-02070 | Eastern District of Pennsylvania | Target Advance LLC                                                                                                                      |
| 16. | 2:2018-cv-02072 | Eastern District of Pennsylvania | Paramount Holding Company, LLC d/b/a Paramount Payment Systems                                                                          |
| 17. | 2:2018-cv-01655 | Eastern District of Pennsylvania | Centerpointe Lending Student Loan Services; Jeffrey R. Silhanek; Scott E. Shaller                                                       |
| 18. | 5:2017-cv-00179 | Northern District of W. Virginia | DirectTV, LLC; AC1 Communications; Adam Cox;                                                                                            |

|  |  |  | Birju, LLC;<br>CDS V1, LLC;<br>Exact Estimating, LLC;<br>Explosive Sales Marketing Group, Inc.;<br>IQ Marketing 2, Corp.;<br>Michael Asghari;<br>Kreatamotive LLC;<br>Mylan Johnson Group;<br>Nas Air Logistics, LLC;<br>Pic Six, LLC;<br>Super Sale Outlets, LLC;<br>Xcite Satellite, LLC |
|---|---|---|---|
| 19. | 2:2017-cv-04063 | Eastern District of Pennsylvania | National Gas & Electric, LLC |
| 20. | 1:2017-cv-01868 | Northern District of Ohio (Cleveland) | LIG International LLC;<br>John Paul Elias;<br>Carlos Maloff;<br>Yuri Lima;<br>Danny Jimenez;<br>Marco Josh Torres;<br>Does 1-100 |
| 21. | 2:2017-cv-03301 | Eastern District of Pennsylvania | Fundbox, Inc.;<br>Rapid Response Marketing, LLC;<br>Kevin Devincenzi |
| 22. | 2:2017-cv-02851 | Eastern District of Pennsylvania | Merchant Source Inc. ("MSI");<br>Anthony Delillo;<br>George M. Greco, Jr.;<br>Does 1-100, Inclusive |
| 23. | 2:2017-cv-02620 | Eastern District of Pennsylvania | iCapital Cash Group Inc;<br>LCF Group, LLC;<br>Last Chance Funding Inc.;<br>Ed Ore;<br>Gary Damico;<br>Edward Samways;<br>Does 1-100;<br>iCapital Cash Inc. |
| 24. | 2:2017-cv-02367 | Eastern District of Pennsylvania | Mark D. Guidubaldi & Associates LLC d/b/a Protection legal Group LLC;<br>Mark D. Guidubaldi;<br>Corporate Bailout, LLC d/b/a Corporate Restructure LLC;<br>Sanford J. Feder;<br>Does 1-100 |
| 25. | 2:2017-cv-02368 | Eastern District of Pennsylvania | Doan Solutions, LLC;<br>Thai Doan;<br>Does 1-100 |
| 26. | MJ-38125-cv- 0000067-2016 | Magisterial District Court 38-1-25 | Capital Advance Solutions, LLC; Charles Betta |
| 27. | MJ-38125-CV-0000080-2016 | Magisterial District Court 38-1-25 | Western Capital Financial Services, LLC d/b/a Western Capital Funding;<br>Joshua Hamrell |
| 28. | MJ-38l25-CV-0000092-2016 | Magisterial District Court 38-1-25 | Doan Solutions, LLC;<br>Thai Doan |
| 29. | 2016 CVI 15320 | Cleveland Municipal Court | Endurance Warranty Services, LLC |
| 30. | MJ-3 8125-CV-0000074- | Magisterial District Court 38-1- | Seafront Marketing, LLC d/b/a Market Capital |

|     |                           |                                                              |                                                                                              |
|-----|---------------------------|--------------------------------------------------------------|----------------------------------------------------------------------------------------------|
|     | 2017                      | 25                                                           | Funding, LLC; Joseph J. Mullin                                                               |
| 31. | MJ-38125-CV-0000075-2017  | Magisterial District Court 38-1-25                           | First Standard Financial Company, LLC d/b/a First Standard; Finance Company LLC; Carmine Berardi |
| 32. | MJ-38125-CV-0000076-2017  | Magisterial District Court 38-1-25                           | Creditors Relief, LLC                                                                        |
| 33. | MJ-38125-CV-0000118-2017  | Magisterial District Court 38-1-25                           | Insurance Resource Group; Brandon Wayne Elias                                                |
| 34. | MJ-38125-CV-0000128-2017  | Magisterial District Court 38-1-25                           | Thurman M. Smith                                                                             |
| 35. | MJ-38125-CV-0000131-2017  | Magisterial District Court 38-1-25                           | Student Loan Assistance Foundation, LLC; Michele R. Lear; Lonny Lear                         |
| 36. | 2017-27226                | Court of Common Pleas of Montgomery County, Pennsylvania     | One Way Funding, LLC; Joseph Reinhardt                                                       |
| 37. | 2018-00009                | Court of Common Pleas of Montgomery County, Pennsylvania     | Green Star Capital Solutions LLC; Alexander Silverman                                        |