**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| JAMES EVERETT SHELTON and JON FREY, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRECT ENERGY, LP, and KAA ENERGY, INC.<br><br>    Defendants. | Case No. 2:18-cv-4375-CMR |

**ORDER GRANTING DEFENDANT DIRECT ENERGY, LP'S MOTION TO DISMISS**

On this day came to be considered Defendant Direct Energy, LP's Motion to Dismiss Amended Complaint (the "Motion") and Memorandum In Support of Its Motion to Dismiss (the "Memorandum"). Upon consideration of the Motion and Memorandum, Plaintiffs' response, the pleadings and exhibits attached thereto, and the arguments of the parties, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Defendant's Motion to Dismiss the Amended Complaint is GRANTED and all causes of action against Defendant are dismissed.

ENTERED This _____ Day of _____, 2018.

 

_____
The Honorable Chad F. Kenney
United States District Judge