APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, et al. | : | CIVIL ACTION |
| v. | : | |
| DIRECT ENERGY, LP, et al. | : | NO. 2:18-cv-4375 |

## ORDER

AND NOW, this 7th Day of December, 2018, it is hereby

ORDERED that the application of Jonathan P. Misny, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.