IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON AND JON FREY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECT ENERGY, LP and KAA ENERGY, INC.<br><br>Defendants. | Case No. 2:18-cv-4375-CMR<br><br>COMPLAINT – CLASS ACTION |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

Plaintiffs James Everett Shelton and Jon Frey move the Court for an Order allowing them a 7-day extension to December 18, 2018 to allow them to file a response to Defendant Direct Energy, LP's motion to dismiss the First Amended Complaint. (ECF No. 13). In support of this motion, Plaintiffs states that the undersigned lead counsel for the Plaintiff has had to travel out of state for a mediation since the Defendant filed its motion. Furthermore, the Plaintiffs filed an Amended Complaint on November 14, 2018 (ECF No. 10) in response to the original motion filed by Direct Energy on November 10, 2018 (ECF No. 4), when Fed. R. Civ. P. 15(a)(1)(B) and the local rules of this Court did not require them to file that Amended Complaint until November 24, 2018. Finally, while Plaintiff has attempted to confer with Direct Energy over the last two days regarding this extension, the Plaintiff has not received a response, but would be amenable to Direct Energy receiving a similar extension on any reply brief.

Accordingly, the Plaintiff respectfully submits that good cause exists for an order granting Plaintiff until December 18, 2018 to file a response to the Defendant's motion.

|  |  |
|---|---|
|  | Plaintiff,<br>By Counsel, |
| Dated: December 11, 2018 | By:   /s/ *Anthony Paronich*<br>Anthony Paronich<br>Email:  anthony@broderick-law.com<br>BRODERICK & PARONICH, P.C.<br>99 High St., Suite 304<br>Boston, Massachusetts  02110<br>Telephone:  (508) 221-1510<br>*Pro Hac Vice*<br><br>Clayton S. Morrow<br>Email: csm@consumerlaw365.com<br>Morrow & Artim, PC<br>304 Ross Street, 7th Floor<br>Pittsburgh, PA 15219<br>Telephone: (412) 281-1250<br><br>Brian K. Murphy (0070654)<br>Jonathan P. Misny (0090673)<br>Murray Murphy Moul + Basil LLP<br>1114 Dublin Road<br>Columbus, OH  43215<br>(614) 488-0400<br>(614) 488-0401 facsimile<br>murphy@mmmb.com<br>misny@mmmb.com<br>*Pro Hac Vice*<br><br>Matthew P. McCue<br>The Law Office of Matthew P. McCue<br>1 South Avenue, Suite 3<br>Natick, Massachusetts 01760<br>(508) 655-1415<br>mmccue@massattorneys.net<br>*Subject to Pro Hac Vice* |

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing was filed through the Court's CM/ECF System on December 11, 2018, and a copy was automatically distributed to all counsel of records through that System.

                                                                                             */s/ Anthony I. Paronich*