IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON AND JON FREY, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DIRECT ENERGY, LP and KAA ENERGY, INC.<br><br>　　　　　Defendants. | Case No. 2:18-cv-4375-CMR<br><br>COMPLAINT – CLASS ACTION |

**NOTICE REGARDING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

　　　　Plaintiffs James Everett Shelton and Jon Frey moved the Court for an Order allowing them a 7-day extension to December 18, 2018 to allow them to file a response to Defendant Direct Energy, LP's motion to dismiss the First Amended Complaint. (ECF No. 13). In that Motion, Plaintiff stated it attempted to confer with Direct Energy but had not received a response. However, counsel for Direct Energy had sent an e-mail assenting to the motion that counsel for Plaintiff had not seen.

　　　　As outlined in the underlying motion, the Plaintiff respectfully submits that good cause exists for an order granting Plaintiff until December 18, 2018 to file a response to the Defendant's motion.

                                    Plaintiff,
                                    By Counsel,

Dated: December 12, 2018        By:   /s/ *Anthony Paronich*
                                    Anthony Paronich
                                    Email: anthony@broderick-law.com
                                    BRODERICK & PARONICH, P.C.
                                    99 High St., Suite 304
                                    Boston, Massachusetts  02110
                                    Telephone:  (508) 221-1510
                                    *Pro Hac Vice*

                                    Clayton S. Morrow
                                    Email: csm@consumerlaw365.com
                                    Morrow & Artim, PC
                                    304 Ross Street, 7th Floor
                                    Pittsburgh, PA 15219
                                    Telephone: (412) 281-1250

                                    Brian K. Murphy (0070654)
                                    Jonathan P. Misny (0090673)
                                    Murray Murphy Moul + Basil LLP
                                    1114 Dublin Road
                                    Columbus, OH  43215
                                    (614) 488-0400
                                    (614) 488-0401 facsimile
                                    murphy@mmmb.com
                                    misny@mmmb.com
                                    *Pro Hac Vice*

                                    Matthew P. McCue
                                    The Law Office of Matthew P. McCue
                                    1 South Avenue, Suite 3
                                    Natick, Massachusetts 01760
                                    (508) 655-1415
                                    mmccue@massattorneys.net
                                    *Subject to Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing was filed through the Court's CM/ECF System on December 12, 2018, and a copy was automatically distributed to all counsel of records through that System.

                        _/s/ Anthony I. Paronich_