IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, et. al., | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | No. 18-4375 |
| | : | |
| DIRECT ENERGY, LP, et. al., | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 12th day of December 2018, upon consideration of Plaintiffs' Motion for an Extension of Time (ECF No. 18), it is hereby ORDERED and DECREED that Plaintiffs' Motion for an Extension of Time (ECF No. 18) is GRANTED. Plaintiffs must respond to Defendant, Direct Energy, LP's, Motion to Dismiss Amended Complaint (ECF No. 13) on or before December 18, 2018.

BY THE COURT:

CHAD F. KENNEY, JUDGE

1