**UNITED STATES DISTRICT COURT**
**Eastern District of Pennsylvania**
**U.S. Courthouse**
**Independence Mall West**
**601 Market Street**
**Philadelphia, PA 19106-1797**

**Clerk's Office - Room 2609**
**Telephone: (215) 597-7704**

December 17, 2018

| | |
|---|---|
| Brain K. Murphy, Esquire<br>Murray Murphy Moul & Basil LLP<br>1114 Dublin Road<br>Columbus, OH 43215 | Jonathan P. Misny, Esquire<br>Murray Murphy Moul & Basil LLP<br>1114 Dublin Road<br>Columbus, OH 43215 |
| Clayton S. Morrow, Esquire<br>Morrow & Artim, P.C.<br>304 Ross St., 7th Floor<br>Pittsburgh, PA 15219 | Anthony Paronich, Esquire<br>Broderick & Paronich, P.C.<br>99 High Street<br>Suite 304<br>Boston, MA 02110 |

Re:  James Everett Shelton, et. al. v. Direct Energy, LP, et. al.
     <u>Civil Action No. 18-4375</u>

Dear Counsel:

A review of the Court's records shows that a pleading has not been filed by Defendant, KAA Energy, Inc., in the above-captioned action in response to the amended complaint (ECF No. 10).

If such a pleading is not filed by Defendant, KAA Energy, Inc., on or before **January 7, 2019**, you may file a request with the clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by **January 14, 2019**, the Court may enter an order dismissing the case against the above-named defendant for lack of prosecution.

S/Shelli L. MacElderry

Shelli L. MacElderry
Civil Deputy to Judge Kenney
267-299-7540

Civ 21 (10/82)