IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON AND JON FREY, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>DIRECT ENERGY, LP and KAA ENERGY, INC.<br><br>   Defendants. | Case No. 2:18-cv-4375-CMR<br><br>COMPLAINT – CLASS ACTION |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

Plaintiffs James Everett Shelton and Jon Frey move the Court for an Order allowing them a three-week extension to January 8, 2019 to allow them to file a response to Defendant Direct Energy, LP's motion to dismiss the First Amended Complaint. (ECF No. 13). Since the Plaintiffs filed their last request for a 7-day extension, the parties have begun to exchange information and meet and confer on certain issues raised in the motion in hopes of limiting the issues for the Court to decide on the motion. Furthermore, counsel for Plaintiffs were preparing a Request for Entry of Default for KAA Energy, Inc., who has not appeared. As KAA Energy's non-appearance relates to issues raised in Direct Energy's motion, and that the Plaintiffs intend to address, the Plaintiffs request that they be able to file their opposition on January 8, 2019, the first date that this Court's Order allows the Plaintiffs to file a Request for Entry of Default. *See* ECF No. 21.

In further support of this motion, Plaintiffs states that the undersigned lead counsel for the Plaintiff has had to travel out of state for a hearing this week in advance of the upcoming holidays. Furthermore, the Plaintiffs filed an Amended Complaint on November 14, 2018 (ECF No. 10) in response to the original motion filed by Direct Energy on November 10, 2018 (ECF No. 4), when Fed. R. Civ. P. 15(a)(1)(B) and the local rules of this Court did not require them to file that Amended Complaint until November 24, 2018.

Plaintiffs have conferred with Direct Energy regarding this motion and Direct Energy does not have any opposition to the relief sought in this motion. Accordingly, the Plaintiff respectfully submits that good cause exists for an order granting Plaintiff until January 8, 2019 to file a response to the Defendant's motion.

                                                                                   Plaintiff,
                                                                                    By Counsel,

Dated: December 18, 2018         By:   /s/ *Anthony Paronich*
                                                                                       Anthony Paronich
                                                                                      Email: anthony@broderick-law.com
                                                                                      BRODERICK & PARONICH, P.C.
                                                                                      99 High St., Suite 304
                                                                                       Boston, Massachusetts 02110
                                                                                      Telephone: (508) 221-1510
                                                                                      *Pro Hac Vice*

                                                                                  Clayton S. Morrow
                                                                                  Email: csm@consumerlaw365.com
                                                                                 Morrow & Artim, PC
                                                                                 304 Ross Street, 7th Floor
                                                                                 Pittsburgh, PA 15219
                                                                                 Telephone: (412) 281-1250

                                                                                 Brian K. Murphy (0070654)
                                                                                 Jonathan P. Misny (0090673)
                                                                                 Murray Murphy Moul + Basil LLP
                                                                                 1114 Dublin Road
                                                                                 Columbus, OH 43215

(614) 488-0400
(614) 488-0401 facsimile
murphy@mmmb.com
misny@mmmb.com
*Pro Hac Vice*

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
mmccue@massattorneys.net
*Subject to Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed through the Court's CM/ECF System on December 18, 2018, and a copy was automatically distributed to all counsel of records through that System.

                                                                  _/s/ Anthony I. Paronich_