IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON AND JON FREY, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>DIRECT ENERGY, LP and KAA ENERGY, INC.<br><br>   Defendants. | Case No. 2:18-cv-4375-CMR<br><br>COMPLAINT – CLASS ACTION |

**UNOPPOSED MOTION OF JAMES EVERETT SHELTON TO TRANSFER VENUE**

  The plaintiff James Everett Shelton, with the concurrence of Direct Energy, LP, the only Defendant to file an appearance, respectfully request that the Court transfer this action to the United States District Court for the Northern District of Ohio, Cleveland Division, pursuant to 28 U.S.C. § 1404(a). Transfer of this action is appropriate as set forth below:

  1. Plaintiffs James Everett Shelton and Jon Frey filed this matter as a putative class action lawsuit alleging violations of the Telephone Consumer Protection Act, 47 U.S.C 227.

  2. The plaintiff Jon Frey is a resident of this District and was in this District at the time of the calls he alleged.

  3. Mr. Frey has filed a Notice of Dismissal of his claims. *See* ECF No. 24.

  4. Mr. Shelton is also a resident of this District, but attends Case Western University, which is in the United States District Court for the Northern District of Ohio, Cleveland Division.

5.  Mr. Shelton was at his home located near Case Western University when he received the call on his cellular telephone that is the subject of the First Amended Complaint.

6.  As Mr. Frey's claims have now been dismissed, the appropriate venue for Mr. Shelton's claim is the United States District Court for the Northern District of Ohio, Cleveland Division, pursuant to 28 U.S.C. §1391(b)(2).

7.  In accordance with 28 U.S.C. § 1404(a), all appearing parties have consented to a transfer to the United States District Court for the Northern District of Ohio, Cleveland Division.

Counsel for the remaining plaintiff Jamie Shelton and counsel for Direct Energy, LP have conferred and Direct Energy joins in the relief requested by this motion.

RESPECTFULLY SUBMITTED AND DATED this 7th day of January, 2019.

By:*/s/ Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I, hereby certify that on January 7, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich