IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON AND JON FREY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECT ENERGY, LP and KAA ENERGY, INC.<br><br>Defendants. | Case No. 2:18-cv-4375-CFK<br><br>COMPLAINT – CLASS ACTION |

**[PROPOSED] ORDER ON UNOPPOSED MOTION
OF JAMES EVERETT SHELTON TO TRANSFER VENUE**

Before the Court is the unopposed motion of the plaintiff James Everett Shelton to transfer this matter to the United States District Court for the Northern District of Ohio, Cleveland Division, pursuant to 28 U.S.C. § 1404(a). The motion is GRANTED. This civil action shall be transferred to the United States District Court for the Northern District of Ohio, Cleveland Division.

IT IS SO ORDERED.

SIGNED this ____ day of _____, 2019.

_____
Hon. Chad F. Kenney
United States District Judge