# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON AND JON FREY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECT ENERGY, LP and KAA ENERGY, INC.<br><br>Defendants. | Case No. 2:18-cv-4375-CFK<br><br>COMPLAINT – CLASS ACTION |

## [PROPOSED] ORDER ON UNOPPOSED MOTION OF JAMES EVERETT SHELTON TO TRANSFER VENUE

Before the Court is the unopposed motion of the plaintiff James Everett Shelton to transfer this matter to the United States District Court for the Northern District of Ohio, Cleveland Division, pursuant to 28 U.S.C. § 1404(a). The motion is GRANTED. This civil action shall be transferred to the United States District Court for the Northern District of Ohio, Cleveland Division.

IT IS SO ORDERED.

SIGNED this 8th day of JAN, 2019.

Hon. Chad F. Kenney
United States District Judge